IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sharon Holloman, ) | C/A No.: 3:18-2300-MGL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER OF REMAND |
| City of Bishopville and City of ) | |
| Bishopville Police Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on the consent motion filed by Sharon Holloman ("Plaintiff") and City of Bishopville and City of Bishopville Police Department ("Defendants") to remand this case to the Court of Common Pleas of Lee County. [ECF No. 7]. For the reasons that follow, the court grants the motion.

Plaintiff originally filed this action in the Court of Common Pleas of Lee County on July 20, 2018 (2018-CP-31-00219), asserting causes of action for: (1) violation of her constitutional rights pursuant to 42 U.S.C. § 1983; (2) false arrest and imprisonment; and (3) assault and battery. [ECF No. 1-1]. On August 17, 2018, Defendants removed the case and filed an answer. [ECF

Nos. 1, 4]. Since removal, Plaintiff has filed an Amended Complaint[1] that eliminated her claim pursuant to 42 U.S.C. § 1983 against Defendants with prejudice. Because there remains no basis for continued federal jurisdiction, the court grants the parties' consent motion to remand. The Clerk is **DIRECTED** to remand the case to the Court of Common Pleas for Lee County, South Carolina.

    **IT IS SO ORDERED.**

    Signed this 29th day of October, 2018, in Columbia, South Carolina.

    s/ Mary Geiger Lewis
    MARY GEIGER LEWIS
    UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff incorrectly filed the Amended Complaint in state court on September 25, 2018 instead of in federal court. However, the Amended Complaint is attached as an exhibit to the motion to remand at ECF No. 7-1.